Eugene P. Ramirez, Esq., SBN 134865
Michelle B. Ghaltchi, Esq., SBN 242482
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@manningllp.com, mbg@manningllp.com

**Exemption Pursuant to Government Code §6103**

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO, SHERIFF ROD HOOPS, DEPUTY JEFFREY ALLISON, DEPUTY NICK DOWNEY, DEPUTY DAVID HARDING, DEPUTY STRUEBING, and DEPUTY J. VASQUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRUZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SHERIFF ROD HOOPS, an individual; DEPUTY JEFFREY ALLISON, an individual; DEPUTY NICK DOWNEY, an individual; DEPUTY DAVID HARDING, an individual; DEPUTY STRUEBING, an individual; DEPUTY J. VASQUEZ, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV11-01821 CAS (DTBx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[F.R.C.P. 41(a)]**<br><br>*(Proposed Order filed concurrently)* |

In light of the stipulation between the parties, this matter is hereby dismissed with prejudice. This dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

IT IS SO ORDERED.

Dated: June 1, 2012

　　　　　　　　　　　　　　　　　　　　　　*/s/ Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　　　　　　　Honorable Christina A. Snyder